SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:10-cv-02393-GEB-KJM** |
|  | ) |
|  | ) STIPULATION AND PROPOSED ORDER |
| Plaintiff, | ) RE: EXTENSION OF TIME UNTIL |
|  | ) DECEMBER 26, 2010 FOR DEFENDANT |
| vs. | ) VENTURA GARDENS, LLC TO RESPOND |
|  | ) TO COMPLAINT |
| Ventura Gardens, LLC, | ) |
|  | ) |
| Defendant | ) |
|  | ) |
| _____ | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

Johnson and Defendant, Ventura Gardens, LLC, by and

through their respective attorneys of record, Scott N.

Johnson; Paul S. Rosenstein, stipulate as follows:

1. An extension of time has been previously

obtained for Ventura Gardens, LLC until

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

November 24, 2010 to respond or otherwise plead

reference to Plaintiff's complaint.

    2. Defendant Ventura Gardens, LLC is granted an

       extension until December 26, 2010 to respond or

       otherwise plead reference to Plaintiff's

       complaint.

    3. Defendant Ventura Gardens, LLC's response will

       be due no later than December 26, 2010.

   IT IS SO STIPULATED effective as of November 24, 2010

Dated:  November 24, 2010          /s/Paul S. Rosenstein

                                  Paul S. Rosenstein,

                                  Attorney for Defendant

                                  Ventura Gardens, LLC

Dated:  November 24, 2010          /s/Scott N. Johnson

                                  Scott N. Johnson,

                                  Attorney for Plaintiff

   **IT IS SO ORDERED:** that Defendant Ventura Gardens LLC

shall have until December 26, 2010 to respond to complaint.

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2