IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson, | ) | |
| | ) | 2:10-cv-02393-GEB-JFM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| Ventura Gardens, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed a "Notice of Settlement" on January 7, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 11.)

Therefore, a dispositional document shall be filed no later than February 7, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The Status Conference scheduled for January 31, 2011, is continued to commence at 9:00 a.m. on March 14, 2011, in the event no dispositional document is filed, or if this action is not otherwise

1  dismissed.[1]  Further, a joint status report shall be filed fourteen (14)
2  days prior to the status conference.
3           IT IS SO ORDERED.
4  Dated:  January 10, 2011

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

---

26    [1]    The status conference will remain on calendar, because the mere representation that a case has been settled does not justify
27  discontinuance of calendering a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation
28  that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2